UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Fernando & Sikhan Chong<br><br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  2:10-bk-34379<br>Operating Report Number:  1<br>For the Month Ending:  June 30th, 2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     0.00

3. BEGINNING BALANCE:     0.00

4. RECEIPTS DURING CURRENT PERIOD:    

5. BALANCE:     0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     0.00

7. ENDING BALANCE:     0.00

8. General Account Number(s):     218-007-1418

  Depository Name & Location:     Union Bank (310) 545-2535
                                2910 North Sepulveda Blvd
                                Manhattan Beach, CA 90266

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | _____ | Balance on Statement: | _____ |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
| --- | --- | --- | --- |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| TOTAL DEPOSITS IN TRANSIT | | 2,454.40 | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

| |
| --- |
| |

| ADJUSTED BANK BALANCE: | $0.00 |

## IV. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Wells Fargo | Monthly | $3,358 | 11 | 36,938.00 |
| Bank of America | Monthly | $793.00 | 3 | 2,379.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 39,317.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Fire Insurance Exchange | *** | 6/1/2012 | $994.39 /year |
| Worker's Compensation | N/A | | | |
| Casualty | | | | |
| Vehicle-Toyota Sequoia | Farmer's | 100/300/50 | 12/14/2010 | $601.80 |
| Vehicle-Honda Odyssey | Farmer's | 100/300/50 | 1/30/2011 | $322.80 |

*** Dwelling $320,000; Personal Property $240,000; Personal Liability $300,000

I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

| | | |
|---|---|---|
| General Account: | | |
| Payroll Account: | N/A | |
| Tax Account: | N/A | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | 294.80 | |

TOTAL CASH AVAILABLE:                                    294.80

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 6/24/2010 | Costco-Groceries | 141.26 |
| 6/29/2010 | AIHOA-Groceries | 53.94 |
| 6/30/2010 | Costco-Groceries | 99.60 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                          294.80

# VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

XI. QUESTIONNAIRE

|     |                                                                                                                                                                                | No | Yes |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | -- | --- |
| 1.  | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:                        | No | ___ |

|     |                                                                                                                                                                                                      | No | Yes |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -- | --- |
| 2.  | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | No | ___ |

3.  State what progress was made during the reporting period toward filing a plan of reorganization

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|     |                                                                                                                                                             | No | Yes |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------- | -- | --- |
| 6.  | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | No | ___ |

I,    Fernando W Chong & Sikhan Chong
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

| 7-14-10 | | |
| --- | --- | --- |
| Date | Page 8 of 8 | Principal for debtor-in-possession |